UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                           **CRIMINAL ACTION NO. 3:17CR-103-RGJ**

**DAVID PEREZ**                                                                              **DEFENDANT**

## REPORT AND RECOMMENDATION
## CONCERNING PLEAS OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by David R. Weiser, Assistant United States Attorney. The hearing was recorded by Dena Legg, Official Court Reporter.  The defendant, David Perez, by consent with F. Anthony Rubino, III, retained counsel, appeared in open court on August 16, 2018, and entered pleas of guilty as to Counts 13 through 31 of the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 13 through 31 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned  recommends that the pleas of guilty be accepted, and that the defendant be adjudged guilty as to Counts 13 through 31 in the Indictment and have sentence imposed accordingly.

Sentencing will be set for **November 15, 2018 at 1:30 p.m.** in Louisville, Kentucky before the Honorable Rebecca Grady Jennings, United States District Court Judge.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.**

**IT IS FURTHER ORDERED** that the defendant shall remain on his current bond pending further order of the Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

| 30